(85 South. 922)

HOPPER et al. v. CROCKER. (7 Div. 78.) (Supreme Court of Alabama. April 22, 1920.) Certiorari to Court of Appeals. Hood & Murphree, of Gadsden, for appellant. P. E. Culli, of Gadsden, for appellee.

GARDNER, J. Petition of Marion Hopper and another for certiorari to the Court of Appeals to review and revise the judgment and decision of said court rendered in the case of Marion Hopper et al. v. Louisa Crocker, pro ami, 85 South. 843. Writ denied.